QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE ALVAREZ-MONTOYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,    v. JOSE ALVAREZ-MONTOYA,     Defendant. | NO. 1:04-Cr-05129 OWW STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RESET FOR CHANGE OF PLEA; AND PROPOSED ORDER THEREON Date:  May 24, 2005 Time:  12:15 P.M. Judge: Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for May 23, 2005, may be continued to **May 24, 2005 at 12:15 P.M. and reset for change of plea.**

   This one-day continuance is requested because defendant is now ready to enter a change of plea and due to the court's calendar the hearing must be rescheduled to a date other than May 23, 2005, the date now set.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

MCGREGOR W. SCOTT
United States Attorney

DATED: May 19, 2005            By /s/ Victor M. Chavez with consent of
                                  Maryanne A. Pansa
                                  MARIANNE A. PANSA
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: May 19, 2005            By /s/ Victor M. Chavez
                                  VICTOR M. CHAVEZ
                                  Assistant Federal Defender
                                  Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

DATED: May _20___, 2005

/S/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California